# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WINSTON COOMBS,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:15-cv-04532 |
| v. ) | |
| ) | |
| **PREMIER RECOVERY GROUP INC.;** ) | |
| **JOEY YOUNGER; and** ) | Honorable Andrea R. Wood |
| **DOE 1-5,** ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff WINSTON COOMBS and defendant PREMIER RECOVERY GROUP INC. have reached a settlement in the above-captioned case. Plaintiff expects the structured settlement to be consummated by December 22, 2015, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: September 17, 2015

                                             s/Robert Amador

                                             _____
                                             ROBERT AMADOR, ESQ.
                                             Attorney for Plaintiff Winston Coombs
                                             Centennial Law Offices
                                             9452 Telephone Rd. 156
                                             Ventura, CA. 93004
                                             (888)308-1119 ext. 11
                                             (888)535-8267 fax
                                             R.Amador@centenniallawoffices.com

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2015, I mailed a copy of the foregoing Notice of Settlement, First Class U.S. Mail, to the following party:

PREMIER RECOVERY GROUP INC
191 NORTH STREET suite 110
BUFFALO, NEW YORK, 14201

JOEY YOUNGER
191 NORTH STREET suite 110
BUFFALO, NEW YORK, 14201

                                                                                s/Robert Amador
                                                                                _____
                                                                                 ROBERT AMADOR, ESQ.
                                                                                Attorney for Plaintiff Winston Coombs
                                                                                Centennial Law Offices
                                                                                9452 Telephone Rd. 156
                                                                                Ventura, CA. 93004
                                                                                (888)308-1119 ext. 11
                                                                                (888)535-8267 fax
                                                                                R.Amador@centenniallawoffices.com