UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Winston Coombs
                                        Plaintiff,

v.                                                     Case No.: 1:15−cv−04532
                                                                Honorable Andrea R. Wood

Premier Recovery Group, Inc., et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 5, 2016:


       MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Plaintiff's oral motion to dismiss the case is granted. Case is dismissed without prejudice with leave to reinstate by 4/8/2016. If no motion to reinstate is filed by 4/8/2016, then the dismissal will convert to a dismissal with prejudice. Civil case terminated. Mailed notice (lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.